No. 2011-50864-367



| | | |
|---|---|---|
| STEVEN D. CUSHMAN IN THE INTEREST OF BLAINE RYAN CUSHMAN, A MINOR | § § § § § | IN THE DISTRICT COURT |
| VS. | § § | 367TH JUDICIAL DISTRICT |
| CITY OF DENTON, TEXAS, DENTON POLICE DEPARTMENT, ROY MINTER JR, INDIVIDUALLY AND AS A DENTON POLICE OFFICER AND MARK KING, INDIVIDUALLY AND AS A DENTON POLICE OFFICER | § § § § § § § | DENTON COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES STEVEN D. CUSHMAN IN THE INTEREST OF BLAINE RYAN CUSHMAN, A MINOR, Plaintiff herein, and files this Original Petition complaining of Defendant, The City of Denton, Texas, The Denton Police Department, Roy Minter Jr., individually and as Police Chief in official capacity and Mark King, individually and as a Denton Police Officer in official capacity and for cause would respectfully show the Court the following:



Plaintiff's Original Petition Page 1

I.

## PARTIES

Plaintiff is a resident of Denton County, Texas.

Defendant, The City of Denton, is a municipality incorporated in the State of Texas. Defendant, The Denton Police Department, is a governmental agency operating under the auspices of The City of Denton, Texas. Defendant, Roy Minter Jr. is an individual and at all times during the wrongful actions the subject of this suit, was the Chief of Police, employed by and acting under the authority, direction and control of The City of Denton Police Department. Defendant, Mark King is an individual and at all times during the wrongful actions the subject of this suit, was a Police Officer, employed by and acting under the authority, direction and control of The City of Denton Police Department.

Process of service may be made upon Anita Burgess, City Attorney, City of Denton, 215 E. Mckinney Street, Denton, Texas 76201 or anywhere else found in the State of Texas; the Chief of Police, Paul Abbott, City of Denton Police Department, 601 E. Hickory Suite E, Denton, Texas 76205 or anywhere else found in the State of Texas; Officer Mark King, City of Denton Police Department, 601 E. Hickory Suite E., Denton, Texas 76205 or anywhere else found in the State of Texas and Roy Minter Jr., former Chief of Police, Denton, Texas, may be served at the Peoria, Arizona Police Department 8401 W. Monroe Street Peoria, Arizona 85345.

II

## VENUE



Plaintiff's Original Petition     Page 2

Venue is proper in Denton County, Texas as all facts and events giving rise to this cause of action occurred in Denton County, Texas of which Plaintiff and Defendants were residing at the time of the incident the subject of this suit.

### III

### DISCOVERY LEVEL

Discovery is intended to be conducted under Level II of the Texas Rules of Civil Procedure.

### IV

### BACKGROUND

On October 22, 2009, Plaintiff's son Blaine R. Cushman, A minor, was stopped by City of Denton Police Officer Mark King, badge number 120, at 100 North Loop 288, Denton, Texas 76205. Cushman was driving a 1992 Ford Taurus registered to Plaintiff, Steven D. Cushman. After approaching the vehicle and making contact with Cushman, Officer King advised Cushman he was stopped for reasonable suspicion of "illegal window tint". Officer King Performed a light transmission test with a light transmission meter believed to be a Pocket Detective Window Tint Meter, on the vehicle window. Cushman was not advised a search of the vehicle was to occur and Officer King did not obtain consent by Cushman. Cushman was advised the window tint on the left rear passenger windows was "illegal" and was subsequently issued citation number



Plaintiff's Original Petition                                    Page 3

10099708, *attached hereto as Plaintiff Exhibit "A"*, for 'Window/Unauthorized Glass Coating for both rear passenger windows.

On October 23, 2009, Plaintiff obtained a copy of the Texas Traffic Code 2009 edition which was passed into law in January 2009 and became enforceable on September 1, 2009. Under the Texas Traffic code for 2009, windows in the rear of a vehicle on the sides are exempt from window tint standards under Texas Transportation Code as amended by Senate Bill 589 as authored by Senator Carona. Officer King therefore could not have possessed the reasonable suspicion for the stop nor the probable cause for search. Officer King has failed to obtain the proper training and knowledge of the law to perform his duties as a Peace Officer as intended in the Texas Criminal Code of Procedure. It should be noted the training of police officer is the responsibility of the superior commanding officers and the police department as prescribed by the Texas Commission on Law Enforcement Officer Standards and Education. In such fact, Officer King further violated the victim's rights under state and federal 42 USC 1983. It is further added that Officer King was patrolling an area where students must travel in order to leave school at a specific time of day for classes at other campus locations and it is believed Officer King used this knowledge to his favor to profile the victim as a violator for truancy laws of the State of Texas. Officer King by his actions made the victim late for class and in fact aided in the truancy of the victim.

On or about April 2011, Plaintiff's son Blaine R. Cushman enlisted in the United States Navy under the nuclear program. After testing and being accepted into the program, Cushman was questioned about the citation the subject of this suit and subsequently his enlistment in the United States Navy was postponed and placed in

Plaintiff's Original Petition                                                                 Page 4

jeopardy causing severe emotional distress to Plaintiff and Plaintiff's son Blaine Ryan Cushman.

## V

## DAMAGES

The City of Denton is liable to Plaintiff, Blaine Ryan Cushman, under the theories of 1) Respondeat Superior, 2) negligence in retaining and maintaining an untrained police department force, negligent in failure to train, giving police officers sufficient skills, knowledge, or level of expertise needed for the job assigned; negligent supervision, in not properly overseeing or supervising the officer; negligent failure to direct, in failing to adequately inform the officer of the extent and limits of his job to be performed; negligent entrustment, in failure to supervise or control properly the officer's custody, use or supervision of equipment or facilities entrusted to the officer on the job; and negligent assignment, in assigning police officers to a job without ascertaining whether the officer was adequately prepared for it, or keeping the officer on the job after he was known to be unfit. 3) violations of Plaintiff, Blaine Ryan Cushman's state and federal 42 USC 1983 civil rights.

The City of Denton Police Department is liable to Plaintiff, Blaine Ryan Cushman, under the theories of 1) Respondeat Superior, 2) negligence in retaining and maintaining an untrained police department personal, negligent in failure to train, giving Officer's sufficient skills, knowledge, or level of expertise needed for the job assigned; negligent supervision, in not properly overseeing or supervising the officer; negligent



Plaintiff's Original Petition  Page 5

failure to direct, in failing to adequately inform the officer of the extent and limits of his job to be performed; negligent entrustment, in failure to supervise or control properly the officer's custody, use or supervision of equipment or facilities entrusted to the officer on the job; and negligent assignment, in assigning Officer's to a job without ascertaining whether the officer was adequately prepared for it, or keeping the officer on the job after he was known to be unfit. 3) violations of Plaintiff, Blaine Ryan Cushman's state and federal 42 USC 1983 civil rights.

Chief of Police Roy Minter Jr., is liable to Plaintiff Blaine Ryan Cushman under the theories of 1) Respondeat Superior, 2) negligent in failure to train, giving Officer King sufficient skills, knowledge, or level of expertise needed for the job assigned; negligent supervision, in not properly overseeing or supervising the officer; negligent failure to direct, in failing to adequately inform the officer of the extent and limits of his job to be performed; negligent entrustment, in failure to supervise or control properly the officer's custody, use or supervision of equipment or facilities entrusted to the officer on the job; and negligent assignment, in assigning Officer King to a job without ascertaining whether the officer was adequately prepared for it, or keeping the officer on the job after he was known to be unfit., 3) violations of Plaintiff Blaine Ryan Cushman's state and federal 42 USC 1983 civil rights.

Officer King is liable to Plaintiff, Blaine Ryan Cushman, under the theories of negligence and violation of Blaine Ryan Cushman's state and federal 42 USC 1983 civil rights. As a lifelong resident of Denton, Blaine Ryan Cushman has a right to be protected under the laws of the State of Texas, not harassed and forced to violate state laws at the hands of those sworn to protect him causing emotional and irreversible damages.



Defendant's negligence has caused injury and damages to Plaintiff. Defendant is obligated to Plaintiff for suffered injury as a matter of law. Plaintiff seeks judgment against Defendant for damages in the amount of Five Hundred Thousand Dollars ($500,000.00)

## VI

## CAUSE OF ACTION

As a direct and proximate cause of Defendant's negligence and/or intentional infliction of emotional distress, unlawful conduct, and/or violation of state and federal 42 USC 1983 civil rights, Blaine Ryan Cushman suffered emotional distress leaving him questioning the very laws he was to be protected under. He struggles with respect of authority and those sworn to protect his civil rights.

## VII

## PRAYER

PREMISES CONSIDERED,

1. Plaintiff have judgment for damages against Defendant's in the principal sum of Five Hundred Thousand Dollars ($500,000.00).
2. Plaintiff have judgment against Defendant's for exemplary damages.
3. Plaintiff be awarded contractual interest at the agreed rate or maximum legal rate allowed by law.



Plaintiff's Original Petition　　　　　　　　　　　　　　　　　　　　　　　Page 7

5. All costs of court in this behalf extended; and for such further relief to which Plaintiff may show himself justly entitled either at law or in equity.

Respectfully Submitted,

Steve D. Cushman
2301 Georgetown
Denton, Texas 76201
940-735-1879
Fax 940-891-0109

BY: _____

Steve D. Cushman

CERTIFIED A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE IN MY OFFICE
SHERRI ADELSTEIN
DENTON COUNTY DISTRICT CLERK

11/14/11  By: _____
/Date                      Deputy Clerk

# Exhibit "A"



| Denton Police Dept. | | Citation No. 10099708 | Picture: |
|---|---|---|---|
| County: Denton | Date/Time: 10/22/2009 10:12 | |  |

**VIOLATOR MINOR**

Name: CUSHMAN, BLAINE RYAN  (last, first middle)
Address: 2301 GEORGETOWN          Phon
  City: DENTON        Stat TX        Zip: 76201
  Hgt: 602   Wgt: 170   Sex: M   Eyes BRO   Hair BRO   Rac W

Employer
Address:                   Work Phone:
  City:            State TX        Zip:
  DL #: 26346070      DL TX       CDL: No
  DL 9/4/2010       Type: C       DOB 9/4/1992

**VEHICLE**

Veh Yr: 1992       Veh Z28KHF       State: TX
Color: BLUE        Comm No          Haz No
Make: FORD         Mode TAURUS      Typ 4 DOOR
VIN: 1FACP54Y3NA197260

**VIOLATIONS**

CITATION Violation:  Window/Unauthorized Glass Coating

**LOCATION AND VIOLATION INFORMATION**

Location: 100 LOOP 288-NORTH           Direction: N
and MCKINNEY STREET-EAST

Alleged:         Limit:         Spd Det:
Const. No        School No      Step: NO
Arrest: No       Accident: No
Search: *NO SEARCH     Contraba *NONE

Issued By: Officer King 120

*Without admitting guilt, I promise to appear in the City of Denton Municipal Court on or before the date stated below and in accordance with appearance instructions on citation.*

**Court Date: 11/12/2009**

Signature  *[signature]*
This is not a plea of guilty.

**COURT INFORMATION**

YOU ARE HEREBY SUMMONED TO APPEAR BEFORE THE MUNICIPAL COURT JUDGE

Denton Municipal Court       Mon-Wed, Fri:  7:30 a.m.-4:00 p.m.
601 E Hickory St. Suite #D   Thur: 7:30 a.m.-6:30 p.m.
Denton, TX 76205             Phone: (940) 349-8331
                             Fax: (940) 349-8325

Officer Notes:
TESTED BACK LEFT TW100

Diagram:

Assignment: TRAFFIC
District: L
Case #:
Radar #:
Radar Moving/Sta:
Radar Calibrated: YES
Distance:
Reg Expires: 0610
Insp Expires:
Trailer Reg Expires:
Trailer Tag:
Trailer State: TX
Weather: CLOUDY
Occupants: 1
DoT #:
Tint: 6
Attitude:
DL Swipe: Yes



RECEIVED
OCT 24 2011
CITY OF DENTON
LEGAL DEPT

# CITATION – Personal Service: TRC 99 and 106

THE STATE OF TEXAS                                COUNTY OF DENTON

CAUSE NO. 2011-50864-367

TO: City of Denton, Texas   by serving City Attorney Anita Burgess  215 E McKinney St  Denton TX 76201; (or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 367th Judicial District Court<br>1450 E, McKinney, 3rd Floor, Denton, TX 76209 |
|---|---|
| Cause No.: | 2011-50864-367 |
| Date of Filing: | October 21, 2011 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Steve D. Cushman; City of Denton, Texas; Denton Police Department; Roy Minter, Jr ; Mark King |
| Clerk: | Sherri Adelstein, District Clerk<br>1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or Party's Attorney: | Steve D. Cushman<br>2301 Georgetown, Denton, TX 76201 |

Issued under my hand and seal of this said court on this the 21st day of October, 2011.

Sherri Adelstein, District Clerk
Denton, Denton County, Texas

BY: _JoAnna Price_, Deputy

## Service Return

Came to hand on the _24_ day of _October_, 20_11_, at _2:30 p_.m., and executed on the _24_ day of _October_, 20_11_ at _4:10_ PM by delivering to the within named _City of Denton via Jennifer Walters, City Secretary_ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at _215 E. McKinney, Denton, Tx._

Service Fee: $ _____

Service ID No. _SCH3605_

_Denton_ County, Texas

~~Deputy~~/Authorized Person

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___
_____ Notary Public



# CITATION – Personal Service: TRC 99 and 106

THE STATE OF TEXAS COUNTY OF DENTON

CAUSE NO. 2011-50864-367

TO: Mark King by serving at City of Denton Police Department 601 E Hickory STE E. Denton TX 76205; (or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 367th Judicial District Court<br>1450 E. McKinney, 3rd Floor, Denton, TX 76209 |
|---|---|
| Cause No.: | 2011-50864-367 |
| Date of Filing: | October 21, 2011 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Steve D. Cushman; City of Denton, Texas; Denton Police Department; Roy Minter, Jr ; Mark King |
| Clerk: | Sherri Adelstein, District Clerk<br>1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or Party's Attorney: | Steve D. Cushman<br>2301 Georgetown, Denton, TX 76201 |

Issued under my hand and seal of this said court on this the 21st day of October, 2011.

Sherri Adelstein, District Clerk
Denton, Denton County, Texas

BY: _JoAnna Price_ Deputy

## Service Return

Came to hand on the _24_ day of _October_, 20_11_, at _2:30_ p.m., and executed on the _26_ day of _October_, 20_11_, at _6:45 PM_ by delivering to the within named _Mark King City of Denton Police Department_ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at _US State Hwy 380 / Paloma Creek_.

Service Fee: $ _____

Service ID No. _SC 3605_

_Denton_ County, Texas
_Cam Smith_
~~Deputy~~/Authorized Person Sheriff/Constable

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20__

_____ Notary Public



# CITATION – Personal Service: TRC 99 and 106

THE STATE OF TEXAS                                       COUNTY OF DENTON
                         CAUSE NO. 2011-50864-367

TO: Denton Police Department   by serving Chief of Police Paul Abbott  601 E Hickory STE E  Denton TX  76205; (or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| Court: | 367th Judicial District Court<br>1450 E, McKinney, 3rd Floor, Denton, TX 76209 |
| --- | --- |
| Cause No.: | 2011-50864-367 |
| Date of Filing: | October 21, 2011 |
| Document: | Plaintiff's Original Petition |
| Parties in Suit: | Steve D. Cushman; City of Denton, Texas; Denton Police Department; Roy Minter, Jr ; Mark King |
| Clerk: | Sherri Adelstein, District Clerk<br>1450 E. McKinney, Suite 1200, Denton, TX 76209 |
| Party or Party's Attorney: | Steve D. Cushman<br>2301 Georgetown, Denton, TX 76201 |

Issued under my hand and seal of this said court on this the 21st day of October, 2011.

Sherri Adelstein, District Clerk
Denton, Denton County, Texas

BY: _____ Anna Price _____ Deputy

## Service Return

Came to hand on the 24 day of October, 2011, at 2:30 pm., and executed on the 24 day of October, 2011, at 3:50 PM by delivering to the within named, Denton Police Department Chief of Police Paul Abbott _____ in person a true copy of this citation, with attached copy(ies) of the Plaintiff's Original Petition, at Denton Police Department.

Service Fee: $ _____

_____ Denton _____ Sheriff/Constable County, Texas

Service ID No. SCH3605                _____ Deputy/Authorized Person

## VERIFICATION

On this day personally appeared _____ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _____ day of _____, 20___

_____ Notary Public

COPY