# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEVEN D. CUSHMAN in the interest of BLAINE RYAN CUSHMAN | § § § | |
| v. | § § | Case No. 4:11cv746 (Judge Schneider/Judge Mazzant) |
| CITY OF DENTON, ET AL. | § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** without prejudice.

All relief not previously granted is hereby **DENIED**.

It is SO ORDERED.

SIGNED this 24th day of February, 2012.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE